UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

HOWARD HARLEY
and HARLEY SHIPBUILDING CORPORATION,

Plaintiffs,

vs.

FAST CATS FERRY SERVICE, L.L.C.
and ROYAL CROWN YACHTS, INC.

Defendants.

_____/

Civil Action No.8-01CV356-T-30-EAJ

This motion/petition/stipulation has been duly considered and is hereby _Granted_, this __3__ day of _May_, 200_1_.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

**PLAINTIFFS' HOWARD HARLEY AND HARLEY SHIPBUILDING CORPORATION
AND DEFENDANT FAST CATS FERRY SERVICE LLC AGREED MOTION FOR
ENLARGEMENT OF TIME TO FILE PLAINTIFFS' RESPONSE TO FAST CATS FERRY
SERVICE, LLC MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 6(b), Federal Rules of Civil Procedure and Local Rule 3.01, Plaintiffs HOWARD HARLEY AND HARLEY SHIPBUILDING CORPORATION files this Agreed Motion For Extension of Time to File Plaintiffs' Response to Fast Cats Ferry Service, LLC Motion To Dismiss and Incorporated Memorandum of Law.

1.	On February 16, 2001, Plaintiffs HOWARD HARLEY AND HARLEY SHIPBUILDING CORPORATION filed the Complaint in this action. Service of process was accomplished on the Registered Agent for ROYAL CROWN YACHTS, INC. on February 19, 2001 and on FAST CATS FERRY SERVICES, L.L.C. on February 17, 2001.

2.	And on April 6, 2001, Defendant FAST CATS FERRY SERVICE, LLC., filed and served its Motion To Dismiss Plaintiffs' Complaint on Plaintiffs HOWARD HARLEY and HARLEY SHIPBUILDING CORPORATION.

3.	In addition to this matter in federal court, both parties are engaged in two state court cases requiring extensive motion practice and discovery limiting Plaintiffs' time and ability to properly respond to Defendant's Motion To Dismiss (*Sanoba & Sanoba vs. Harley Shipbuilding Corporation and Fast Cats Ferry Services, L.L.C.*, case Number G01-498-08, IN The Circuit Court of The Tenth Judicial Circuit, In And For Polk County, Florida; and *Fast Cats Ferry Service, L.L.C. vs. Harley Shipbuilding Corporations and Howard Harley*, Case No. 2001-CA-000564 NC, In The

Circuit Court Of The Twelfth Judicial Circuit, In And For Sarasota, County.

4.      Pursuant to Local Rule 3.01(g), counsel for HOWARD HARLEY AND HARELY SHIPBUILDING CORPORATION has discussed this Motion with counsel for the Defendant, FAST CATS FERRY SERVICE, LLC, and the parties agree to an enlargement of time to file and serve a responsive pleading to Defendant's Motion To Dismiss to May 7, 2001.

WHEREFORE, Plaintiffs' HOWARD HARLEY and HOWARD HARLEY SHIPBUILDING respectfully request that this Court enter its Order granting a ten (10) day extension of time (May 7, 2001), to file its responsive pleading to Defendant's FAST CATS FERRY SERVICE, LLC., Motion To Dismiss Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail to Robert P. Wautrous, Esq., 2180 Main Street, Sarasota, Florida 34237; and Leslie Joughin, III, 100 South Ashley Drive, Suite 1500, Tampa, Florida 33602, this _____ day of May, 2001.

COOK & KOCH, P.A.
One Tampa City Center, Suite 3010
201 North Franklin Street
Tampa, FL 33602
Tel: (813) 272-1259
Fax: (813) 221-9736

Ronald D. Cook, Trail Counsel
Fla. Bar No. 721425
P. Michael Villalobos, Trail Counsel
Fla. Bar No. 937126

C:\My Documents\Clients\Harley\notice of filing enlargement of time

2